UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LINTONIO S. WEST** | **DOCKET NO. 6:22-cv-0433**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CRAIG CRAWFORD** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 6th day of December, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE